# EXHIBIT C

**Help & Learning**

BACK TO MAIN SITE          LOG IN TO HELP & LEARNING

Search Help & Learning

Help & Learning  /  Getting Started With Evernote Products  /  Organize with tags

# Evernote

Using Evernote - Quick Start Guide

Take notes

Organize with notebooks

Organize with tags

Find what you need

Share notes

Share notebooks

< Previous / Next >

# Organize with tags



## Overview

Tags let you add keywords to notes, making them easier to find and browse when you've got a lot of them. Use tags when a note might apply to more than one category or when you want to filter results in a certain notebook by a keyword. You could use tags to associate notes with categories, memories or locations.

**EXAMPLES:**

- **Project management:** Add a tag to identify the project state (active, next, completed) or to the spec number or feature.
- **Task management:** Add a priority label to notes (p1, p2, p3).
- **Recruiting:** Add a tag for the location of a position or the hiring manager (nyc, tokyo).
- **Research:** Add a tag for the relevant company or project.

**Note:** In Evernote Business, adding tags to notes in business notebooks automatically adds them to the searchable shared tag index, available to the entire organization.

## Add tags

To add tags to the note, follow the steps for your operating system below.

**MAC**

**WINDOWS**

**IPHONE, IPAD, AND IPOD TOUCH**

**ANDROID**

**WEB**

## Tips

Explore the following tips for other ways to work with tags:

- Create shortcuts to tags for quick access to all notes with the same tag. Learn more
- Create an organizational structure or naming conventions and an organizational structure for notes, notebooks, and tags. Learn more

< Previous / Next >

Was this article helpful?    Yes    No

Still can't find what you're looking for? Contact Support

| PRODUCT | FEATURES | COMMUNITY | SUPPORT | COMPANY | Sign up or |
|---|---|---|---|---|---|
| | | | | | LOGIN |
| Why Evernote | Web Clipper | Our Community | Help & Learning | About Us | |
| Evernote Basic | Spaces | Certified Consultants | Troubleshooting | Careers | |
| Evernote Premium | | Developers | Blog | Contact Us | |
| Evernote Business | | Events | | | |
| Compare Plans | | Forum | | | |
| Download App | | | | | |

Choose a language: English (US)

© 2018 Evernote Corporation. All rights reserved.

Security    Legal    Privacy