AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

BLACKBIRD TECH LLC,
*Plaintiff*

V.   Civil Action No. **6:20−CV−00603−ADA**

EVERNOTE CORPORATION,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Evernote Corporation
c/o Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher M. Joe
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK



ISSUED ON 2020−07−02 11:23:03

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00603-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Evernote Corporation c/o Registered Agent
was received by me on *(date)* July 6, 2020.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Certified Mail No. 7011 1570 0002 5650 2378, Return Receipt Requested to Evernote Corporation c/o Corporation Service Company, Registered Agent, 251 Little Falls Drive, Wilmington, DE 19808

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty that this information is true.

Date: 7/14/2020

_____
Server's signature

Christopher M. Joe
_____
Printed name and title

Buether Joe & Carpenter, LLC
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
_____
Server's Address

Additional information regarding attempted sevice, etc:
See attached Return Receipt card and tracking information from the U.S. Post Office.

C.A. No. 6:20-cv-00603-ADA

Certified Card returned to Buether Joe & Carpenter, LLC on 7/13/2020

Delivered to Evernote Corporation's Registered Agent on 7/6/2020 per Tracking Number from United States Post Office

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Evernote Corporation
    c/o Corporation Service Company
    Registered Agent
    251 Little Falls Drive
    Wilmington, DE  19808

    9590 9402 3053 7124 9222 19

2. Article Number (Transfer from service label)

    7011 1570 0002 5650 2378

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X  Paul Sisofo
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Paul Sisofo

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ail
   ☐ ...ail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Tracking Number: 70111570000256502378

Your item was delivered at 1:02 pm on July 6, 2020 in WILMINGTON, DE 19808.

**Status**

✓ **Delivered**

July 6, 2020 at 1:02 pm
Delivered
WILMINGTON, DE 19808

Get Updates ⌄

Delivered

Text & Email Updates  ⌄

Tracking History  ⌄

Product Information  ⌄