IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>EVERNOTE CORPORATION,<br><br>    Defendant. | C.A. No. 6:20-cv-00603<br><br>JURY TRIAL DEMANDED |

## DEFENDANT EVERNOTE CORPORATION'S
## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Evernote Corporation ("Evernote"), by and through its undersigned counsel, hereby states as follows:

1. Evernote Corporation is a privately held corporation.

2. Evernote Corporation does not have a parent corporation and no publicly held corporation owns 10% or more of the stock of Evernote Corporation.

3. The undersigned will make such additional disclosures as are ordered by the Court or required by applicable rule.

Dated: August 31, 2020

Respectfully Submitted:

*/s/ Elizabeth M. Chiaviello*

Elizabeth M. Chiaviello
Texas Bar No. 24088913
elizabeth.chiaviello@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana St., Suite 4000
Houston, TX 77002-5006
(713) 890-5435

Scott D. Sherwin (*admission pending*)

1

Illinois Bar No. 6293788
scott.sherwin@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
77 West Wacker Drive, Suite 500
Chicago, IL 60601
(312) 324-1000

Ehsun Forghany (*admission pending*)
California Bar No. 302984
ehsun.forghany@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1401 Page Mill Road,
Palo Alto, CA 94304
(650) 843-4000

*Counsel for Evernote Corporation*

## CERTIFICATE OF SERVICE

    Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of August 31, 2020, with a copy of the foregoing via the Court's CM/ECF system.

                                                                 */s/ Elizabeth M. Chiaviello*