IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>  Plaintiff,<br><br>v.<br><br>EVERNOTE CORPORATION,<br><br>  Defendant. | C.A. No. 6:20-cv-00603-ADA<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF COMPLIANCE

    Pursuant to Paragraph 2 of the Court's Order Governing Proceedings, dated September 9, 2020 (Dkt. 16), Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies hereby notifies the Court that Plaintiff served its Preliminary Infringement Contentions and document production on counsel for Defendant Evernote Corporation on September 17, 2020.

Dated: September 17, 2020

OF COUNSEL

Wendy Verlander *(Admitted PHV)*
wverlander@blackbird-tech.com
Jeffrey Ahdoot *(Admitted PHV)*
jahdoot@blackbird-tech.com
Matthew C. Berntsen *(Admitted PHV)*
mberntsen@blackbird-tech.com
Blackbird Tech LLC d/b/a
Blackbird Technologies
200 Baker Avenue, Suite 303
Concord, MA 01742
(617) 307-7100

BUETHER JOE & COUNSELORS, LLC

*/s/ Christopher M. Joe*
Christopher M. Joe
Chris.Joe@BJCIPLaw.com
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
(214) 466-1272

*Attorneys for Plaintiff*
*Blackbird Tech LLC*
*d/b/a Blackbird Technologies*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned counsel hereby certifies that on September 17, 2020, a true and correct copy of the foregoing was served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

/s/ Christopher M. Joe
Christopher M. Joe