# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>EVERNOTE CORPORATION,<br><br>*Defendant*. | C.A. No.: 6:20-cv-00603-ADA<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice as to all claims made by Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies, and without prejudice to all counterclaims and affirmative defenses made by Defendant Evernote Corporation. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: August 27, 2021

| | |
|---|---|
| OF COUNSEL | BUETHER JOE & COUNSELORS, LLC |

Wendy Verlander
wverlander@blackbird-tech.com
Jeffrey Ahdoot
jahdoot@blackbird-tech.com
Matthew C. Berntsen
mberntsen@blackbird-tech.com
Blackbird Tech LLC d/b/a
Blackbird Technologies
200 Baker Avenue, Suite 303
Concord, MA 01742
 (617) 307-7100

*/s/ Christopher M. Joe*
Christopher M. Joe
Chris.Joe@BJCIPLaw.com
BUETHER JOE & COUNSELORS, LLC
1700 Pacific - Suite 4750
Dallas, TX 75201
(214) 466-1272

*Attorneys for Plaintiff*
*Blackbird Tech LLC*
*d/b/a Blackbird Technologies*

*/s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello
State Bar No. 24066913
elizabeth.chiaviello@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street
Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Facsimile: (214) 466-4001

Scott D. Sherwin
Illinois Bar No. 6293788
scott.sherwin@morganlewis.com
Candace Polster
Illinois Bar No. 6333791
candace.polster@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

*Attorneys for Defendant*
*Evernote Corporation*

**STIPULATION OF DISMISSAL**                                                                                              **Page2**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 27th day of August, 2021.  Any other counsel of record will be served by facsimile transmission and first class mail

*/s/ Christopher M. Joe*